# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. ANTHONY DUANE BELL, SR. (D1), | CASE NO. 20CR2887-WQH (wvg)<br><br>**ORDER GRANTING DEFENDANT ANTHONY DUANE BELL, SR.'S *EX PARTE* MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |

<u>ORDER</u>

GOOD CAUSE APPEARING, Defendant Anthony Duane Bell, Sr.'s *Ex Parte* Motion to Motion to Modify Conditions of Pretrial Release is GRANTED.

Defendant's travel restriction is modified to allow for one-time travel from San Diego, California to Fort Lauderdale, Florida, to take a family on cruise vacation aboard Celebrity Cruise Lines, which leaves on July 16, 2022 and returns on July 24, 2022. Defendant Duane Anthony Bell, Sr. is authorized to travel by plain to Fort Lauderdale on July 14, 2022 (red-eye flight) and return from Fort Lauderdale, Florida on July 24, 2022.

20CR2887-WQH-01

Pretrial Services shall made Defendant Anthony Duane Bell, Sr.'s passport available for him to retrieve by 11am on July 13, 2022. Defendant Anthony Duane Bell, Sr. must return his passport to Pretrial Services on July 25, 2022 by 11am.

IT IS SO ORDERED.

Date: 6/23/22

*William V. Gallo*
HON. William V. Gallo
United States Magistrate Judge

20CR2887-WQH-01